# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE #: 08 CIV 4412

MARGARET MARCUCCI, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

Plaintiff(s)/Petitioner(s)

against

HOUSTON FUNDING II, LTD.

Defendant(s)/Respondent(s)

State of NY
County of Albany SS

Michael Pickett being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 5/13/08 at 3:00 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION CLASS ACTION COMPLAINT**

upon: **HOUSTON FUNDING II, LTD.**

defendant/respondent in this action by delivering and leaving with Donna Christie authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**121-109 of the Revised Limited Partnership Act**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blond | 35-40 | 5'5" | 135 | |

Sworn to before me on: 5/14/2008

Notary Public

Michael Pickett

Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY 12209

112045

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe |
|---|---|---|
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County |
| Commission expires 8/2/05 | Commission expires 2/6/2011 | Commission Expires 5/30/10 |