```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARET MARCUCCI, on behalf of herself and all
others similarly situated,

            Case No. 08 Civ. 4412

            Plaintiff,

   -against-                            STIPULATION EXTENDING TIME
                                              TO MOVE OR ANSWER

HOUSTON FUNDING II LTD.,

            Defendant.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, that the time for defendant to answer or otherwise move with respect to the Plaintiff's Summons and Complaint is hereby extended to and including July 10, 2008. Defendant does not waive and expressly preserves all defenses in connection with this matter, including, without limitation, any defenses based upon or stemming from 15 U.S.C. § 1692k(d). However, defendant agrees, and does not contest, that services of process upon it via the State of New York, Department of State, Division of Corporations, was proper and that the Court has personal jurisdiction over defendant.

    IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be executed in counterparts, and that a signature hereon transmitted by facsimile or e-mail shall have the same effect as an original signature.

Dated: June 9, 2008

Kleinman LLC

By: _____
Abraham Kleinman (AK-6300)
*Attorney for Plaintiff*
626 RexCorp Plaza
Uniondale, NY 11556-0626
Telephone: (516) 522-2621
Facsimile: (888) 522-1692
Email: akleinman@nysbar.com

McElroy, Deutsch, Mulvaney & Carpenter, LLP

By _____
Carol A. Pisano, Esq. (CP-1076)
*Attorneys for Defendant*
88 Pine Street, 24th Floor
New York, New York 10005
Telephone (212) 483-9490
Facsimile: (212) 483-9490
Email: cpisano@mdmc-law.com

SO ORDERED: _____
               U.S. District Court Judge
6/12/08